KEVIN HOOGSTRATEN (SBN 333533)
Email: khoogstraten@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: + 1 (424) 332-4816
Facsimile: + 1 (424) 332-4749

BENJAMIN J. RAZI (*pro hac vice* forthcoming)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington DC, 20001
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 778-5463

Attorneys for Defendants Dennis Zember, Jr. and Primis Financial Corp.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LOTFI MEHDIAN and THE MEHDIAN 126 FAMILY TRUST,<br><br>       Plaintiffs,<br><br>       v.<br><br>DENNIS J. ZEMBER JR., an Individual; PRIMIS FINANCIAL CORP., a Virginia corporation d/b/a PRIMIS BANK; and DOES 1-20, INCLUSIVE,<br><br>       Defendants. | **DECLARATION OF KEVIN HOOGSTRATEN IN SUPPORT OF DEFENDANTS DENNIS J. ZEMBER, JR. AND PRIMIS FINANCIAL CORPORATION'S NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT** |

I, Kevin Hoogstraten, hereby declare as follows:

1. I am an attorney at the law firm of Covington & Burling LLP, which is counsel to Defendants Primis Financial Corporation ("Primis") and Dennis J. Zember, Jr. ("Zember") (collectively, "Defendants") in the above-captioned action.

2. I submit this declaration in support of Defendants' Notice of Removal of Civil Action From State Court. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify competently as to those facts.

3. Attached as **Exhibit 1** is a true and correct copy of Plaintiffs Lotfi Mehdian and the Mehdian 126 Family Trust (collectively, "Plaintiffs") Complaint, filed on December 19, 2023 in state court in the Superior Court of the State of California, County of Los Angeles, docket number 23STCV30899 (the "State Court Action").

4. Attached as **Exhibit 2** is a true and correct copy of the Summons filed in the State Court Action and served by Plaintiffs.

5. Attached as **Exhibit 3** is a true and correct copy of the Notice of Assignment filed in the State Court Action and served by Plaintiffs.

6. Attached as **Exhibit 4** is a true and correct copy of the Alternative Dispute Resolution Information Packet filed in the State Court Action and served by Plaintiffs.

7. Attached as **Exhibit 5** is a true and correct copy of the First Amended General Order re Mandatory Electronic Filing filed in the State Court Action and served by Plaintiffs.

8. Attached as **Exhibit 6** is a true and correct copy of the Voluntary Efficient Litigation Stipulation Packet filed in the State Court Action and served by Plaintiffs.

9. Attached as **Exhibit 7** is a true and correct copy of the Notice of Case Management Conference filed in the State Court Action and served by Plaintiffs.

10. Attached as **Exhibit 8** is a true and correct copy of a Securities and Exchange Commission (SEC) Form 4, Statement of Changes in Beneficial Ownerhip of Securities, filed with the SEC and electronically signed by Zember dated December 15, 2022. The document can be found via searching the SEC's EDGAR database and is publicly available at the following URL: http://edgar.secdatabase.com/1501/120919122061543/filing-main.htm.

11. Attached as **Exhibit 9** is a true and correct copy of the Notice and Acknowledgment of Receipt for Primis, executed on January 31, 2024 by myself on behalf of Primis.

12. Attached as **Exhibit 10** is a true and correct copy of the Notice and Acknowledgment of Receipt for Zember, executed on January 31, 2024 by myself on behalf of Zember.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed this 29th day of February, 2024 in Los Angeles, California.

Kevin Hoogstraten