BAHRAM NIKNIA (SBN 256181)
Email: bniknia@niknialaw.com
NIKNIA LAW FIRM, INC.
1875 Century Park East, Suite 1240
Los Angeles, CA 90067
Telephone: (310) 601-8025
Facsimile: (310) 909-7179

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LOTFI MEHDIAN and THE MEHDIAN 126 FAMILY TRUST,<br><br>    Plaintiffs,<br><br>    v.<br><br>DENNIS J. ZEMBER JR., an Individual; PRIMIS FINANCIAL CORP., a Virginia corporation d/b/a PRIMIS BANK; and DOES 1-20, INCLUSIVE,<br><br>    Defendants. | Case No. 2:24-cv-01692 FMO(MARx)<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (FED. R. CIV. PROC. 41(a)(1)(A)(ii))** |

    It is hereby stipulated by and between Plaintiffs Lotfi Mehdian and the Mehdian 126 Family Trust, on the one hand, and Defendants Primis Financial Corp. and Dennis J. Zember, on the other hand (individually a "Party" and collectively "Parties"), by and through their attorneys of record, as follows:

**WHEREAS,** on March 26, 2024, the Court entered an order submitting the Parties' claims in this litigation to arbitration, administratively closing the litigation, and staying the litigation pending completion of arbitration; and

**WHEREAS**, the parties' arbitration has concluded and the claims in this litigation have been resolved;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be and are hereby dismissed with prejudice, with Plaintiffs and Defendants each bearing their own costs and fees arising from this action.

Dated: November 15, 2024         COVINGTON & BURLING LLP

By:  */s/ Kevin Hoogstraten*
Kevin Hoogstraten

Attorney for Defendants Dennis J. Zember, Jr. and Primis Financial Corp.

Dated: November 15, 2024         NIKNIA LAW FIRM, INC.

By:  */s/ Bahram Niknia*
Bahram Niknia

Attorney for Plaintiffs Lotfi Mehdian and The Mehdian 126 Family Trust

Local Rule 5-4.3.4 Certification: I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

*/s/ Bahram Niknia*
Bahram Niknia